Dismissed and Memorandum Opinion filed August 5, 2004









Dismissed and Memorandum Opinion filed August 5, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00626-CV

____________

 

MONTAGUE TAN,
Appellant

 

V.

 

ARMANDO BELTRAN M.D.,
Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause No.  02-54409

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 29, 2004.

On July 29, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 5, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.